# United States Court of Appeals for the Federal Circuit

---

May 31, 2019

**ERRATA**

---

Appeal No. 2018-1105

**TRADING TECHNOLOGIES INTERNATIONAL, INC.,**
*Appellant*

**v.**

**IBG LLC, INTERACTIVE BROKERS LLC,**
*Appellees*

**UNITED STATES,**
*Intervenor*

- - - - - - - - - - - - - - - - - - - - - - -

Appeal No. 2018-1302

**TRADING TECHNOLOGIES INTERNATIONAL, INC.,**
*Appellant*

**v.**

**IBG LLC, INTERACTIVE BROKERS LLC,**
*Appellees*

**UNITED STATES,**
*Intervenor*

- - - - - - - - - - - - - - - - - - - - - -

Appeal No. 2018-1438

**TRADING TECHNOLOGIES INTERNATIONAL,
INC.,**
*Appellant*

**v.**

**IBG LLC, INTERACTIVE BROKERS LLC,**
*Appellees*

**UNITED STATES,**
*Intervenor*

- - - - - - - - - - - - - - - - - - - - - -

Appeal No. 2018-1443

**TRADING TECHNOLOGIES INTERNATIONAL,
INC.,**
*Appellant*

**v.**

**UNITED STATES, ANDREI IANCU, UNDER
SECRETARY OF COMMERCE FOR
INTELLECTUAL PROPERTY AND DIRECTOR OF
THE UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Intervenors*

Decided: May 21, 2019
Nonprecedential Opinion

_____

Please make the following changes:

Page 4, Line 9, add --WILLIAM LA MARCA,-- after "THOMAS W. KRAUSE".